# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4784

_____

PROGRESSIVE SELECT
INSURANCE COMPANY,

Petitioner,

v.

NEUROLOGY PARTNERS, P.A.,
D/B/A EMAS SPINE & BRAIN
SPECIALISTS A/A/O PHYLLIS
EASLEY,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

September 27, 2018

PER CURIAM.

DISMISSED. *See Progressive Express Ins. Co. v. Neurology Partners, P.A., d/b/a EMAS Spine & Brain Specialists a/a/o Roderick A. Williams*, No. 1D18-1350 (Fla. 1st DCA Aug. 24, 2018); *Progressive Express Ins. Co. v. Neurology Partners, P.A., d/b/a EMAS Spine & Brain Specialists a/a/o Rachel K. Kopp*, No. 1D18-1351 (Fla. 1st DCA Aug. 24, 2018).

WETHERELL, ROWE, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Michael C. Clarke, Betsy Ellwanger Gallagher, and Danielle M. Lutyk of Kubicki Draper, P.A., Tampa, for Petitioner.

Adam Saben of Shuster & Saben, LLC, Jacksonville, and Chad A. Barr of the Law Office of Chad A. Barr, P.A., Altamonte Springs, for Respondent.